# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH, TEXAS

Rafael Sierra
Plaintiff

v.                                                      _____
                                                        Civil Action No.

Dallas County Public Defender's Office; Dallas C
Defendant

## COMPLAINT

1. Whether the Dallas County Public Defender's Office aided, abetted, commanded, induced, or procured the commission of Kathy Ann Lowthorp to forcibly assault or intimidate Rafael Sierra, plaintiff, by the use of a deadly or dangerous weapon, namely chemical agent, in the 283rd Dallas County Criminal District Court on or about the 26th or 27th day of January 2022 during the trial of Kephren Marcus Thomas Case #F2036078?

2. Whether the Dallas County District Attorney's Office aided, abetted, commanded, induced, or procured the commission of Kathy Ann Lowthorp to forcibly assault or intimidate Rafael Sierra, plaintiff, by the use of a deadly or dangerous weapon, namely chemical agent, in the 283rd Dallas County Criminal District Court on or about the 26th or 27th day of January 2022 during the trial of Kephren Marcus Thomas Case #F2036078?

3. Whether the Dallas County Commissioners Court aided, abetted, commanded, induced, or procured the commission of Kathy Ann Lowthorp to forcibly assault or intimidate Rafael Sierra, plaintiff, by the use of a deadly or dangerous weapon, namely chemical agent, in the 283rd Dallas County Criminal District Court on or about the 26th or 27th day of January 2022 during the trial of Kephren Marcus Thomas Case #F2036078?   See Attached Pages

1

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 02/28/2023 |
| Signature | /s/ Rafael Sierra |
| Print Name | Rafael Sierra |
| Address | 8125 Jolie Drive |
| City, State, Zip | Fort Worth, Texas, 76137 |
| Telephone | 682-717-3501 |

4.  Whether the Dallas County Public Defender's Office aided, abetted, commanded, induced, or procured the commission of Kathy Ann Lowthorp to forcibly assault or intimidate Rafael Sierra, plaintiff, by the use of a deadly or dangerous weapon, namely chemical agent, in the 283rd Dallas County Criminal District Court on or about the 26th or 27th day of January 2022 during the trial of Kephren Marcus Thomas Case #F2036078 and the Office and/or one of its agents had knowledge of the assault and failed to meet it's statutory duty of care by reporting or aiding the criminal episode?

5.  Whether the Dallas County District Attorney's Office aided, abetted, commanded, induced, or procured the commission of Kathy Ann Lowthorp to forcibly assault or intimidate Rafael Sierra, plaintiff, by the use of a deadly or dangerous weapon, namely chemical agent, in the 283rd Dallas County Criminal District Court on or about the 26th or 27th day of January 2022 during the trial of Kephren Marcus Thomas Case #F2036078 and the Office and/or one of its agents had knowledge of the assault and failed to meet it's statutory duty of care by reporting or aiding the criminal episode?

6.  Whether the Dallas County Commissioners Court aided, abetted, commanded, induced, or procured the commission of Kathy Ann Lowthorp to forcibly assault or intimidate Rafael Sierra, plaintiff, by the use of a deadly or dangerous weapon, namely chemical agent, in the 283rd Dallas County Criminal District Court on or about the 26th or 27th day of January 2022 during the trial of Kephren Marcus Thomas Case #F2036078 and the Office and/or one of its agents had knowledge of the assault and failed to meet it's statutory duty of care by reporting or aiding the criminal episode?

7.  Whether the Public Defender's Office violated the 4th Amendment Right and Due Process Right of Rafael Sierra, plaintiff, by the use of a "communicator," a device used by Judges that can be weaponized, to forcibly assault or intimidate when there was no express, implied, or apparent authority given to the office or any agent there of when balancing the non-existent competing interest against the security and/or operational interest of the office and without any supporting evidence or a warrant in the use of the weaponized communicator in Rafael's home, person, and/or place of employment through the period of February 17, 2015 and while still in current progress as of February 28, 2023?

8.  Whether the Dallas County District Attorney's Office violated the 4th Amendment Right and Due Process Right of Rafael Sierra, plaintiff, by the use of a "communicator," a device used by Judges that can be weaponized, to forcibly assault or intimidate when there was no express, implied, or apparent authority given to the office or any agent there of when balancing the non-existent competing interest against the security and/or operational interest of the office and without any supporting evidence or a warrant in the use of the weaponized communicator in Rafael's home, personal vehicles, person, and/or place of employment through the period of February 17, 2015 and while still in progress as of February 28, 2023 and on-going?

9. Whether the Dallas County Public Defenders aided or had knowledge of the violation of the 13th Amendment by knowing that the involuntary servitude was being induced by county

employees that used the "weaponized communicator," and failed to provide aid when statutorily obligated?

10. Whether the Whether the Dallas County Public Defenders aided or had knowledge of the violation of the 13th Amendment by knowing that the involuntary servitude was being induced by county employees that used the "weaponized communicator," and failed to provide aid when statutorily obligated?

11. Whether the Whether the Dallas County Commissioners Court aided or had knowledge of the violation of the 13th Amendment by knowing that the involuntary servitude was being induced by county employees that used the "weaponized communicator," and failed to provide aid when statutorily obligated?

12. Whether the Dallas County Commissioners Court aided or had knowledge of the violation of the 13th Amendment by knowing that the involuntary servitude was being induced by county employees that used the "weaponized communicator," and failed to provide aid when statutorily obligated?

13. Plaintiff prays the Court award damages in the aggregate amount of $15,000,000 that include damages for mental anguish, loss of consortium, future damages, loss of current and future employment, actual damages, compensatory damages, and punitive damages:
    i. Dallas County Commissioners Court - $5,000,000
    ii. Dallas County District Attorney's Office - $5,000,000
    iii. Dallas County Public Defender's Office - $5,000,000

A. Rafael Sierra, 8125 Jolie Drive, Fort Worth, Texas, 76137; 682-717-3501
B. Dallas County Public Defender's Office, 133 N. Riverfront Blvd #9, Dallas, Texas, 75207; 214-653-3550
C. Dallas County District Attorney's Office, 133 N. Riverfront Blvd, Dallas, Texas, 75207; 214-653-3600